## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: BLUE BEAR FUNDING LLC, f/k/a 1st American Factoring, LLC, a Colorado limited liability company;<br><br>EIN: 20-0063205<br><br>Debtor. | Case No. 05-31300 ABC<br><br>Chapter 11 |
| BLUE BEAR FUNDING, LLC, f/k/a 1ST AMERICAN FACTORING, LLC, a Colorado limited liability company; and<br><br>THE OFFICIAL UNSECURED CREDITORS' COMMITTEE;<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID KARST, et al,<br><br>Defendants. | Adversary Proceeding<br>No. 06-1765 ABC |

### ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION TO WITHDRAW THE REFERENCE

The Court, being duly advised, hereby ORDERS that the relief sought by the Stipulation For Extension of Time should be granted, and Blue Bear Funding, LLC, f/k/a 1st American Factoring, LLC, a limited liability company and the Official Unsecured Creditors' Committee are hereby granted an extension of time to respond to David Karst and DK Corporation d/b/a/ Nationwide Cash Flow Specialists' Motion to Withdraw the Reference to Colorado Bankruptcy Court through November 7, 2006.

DATED this 2nd day of November 2006

BY THE COURT:

_____
Bankruptcy Court Judge

3622138_1.DOC