**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes            Date: December 6, 2006
Court Reporter: Darlene Martinez

Civil Action No.  06-cv-02307-PSF-CBS

| | |
|---|---|
| *Parties:* | *Counsel:* |
| IN RE: BLUE BEAR FUNDING, LLC, f/k/a 1st American Factoring, LLC, a Colorado limited liability company, | Risa Wolf-Smith<br>Alice White for the debtor |
| Debtor, | |
| BLUE BEAR FUNDING, LLC, f/k/a 1st American Factoring, LLC, a Colorado limited liability company; and THE OFFICIAL UNSECURED CREDITORS' COMMITTEE, | |
| Plaintiffs, | |
| v. | |
| DAVID KARST;<br>DK CORPORATION, a Colorado limited liability company d/b/a Nationwide Cash Flow Specialists;<br>KFG, LLC, a Colorado limited liability company;<br>ASPEN BUSINESS BROUP, LLC, a Colorado limited liability corporation;<br>RUSSELL DISBERGER, an individual;<br>STEVEN P. SHORT, an individual;<br>BLUE BEAR FINANCIAL, INC., a Colorado corporation;<br>DONALD L. DONAHOO, an individual;<br>KRISTINE R. DONAHOO, an individual;<br>D&K, LLC, a Colorado limited liability company;<br>DKD CONNECTIONS, LLC, a Colorado limited liability company; | Declan O'Donnal |

GERALD W. MAKEY, an individual;
PEGGY MAKEY, an individual;
KEY CONNECTIONS, LLC, a Colorado limited
liability company;
RICKARDS, LONG & RULON, LLP, a Colorado
limited liability partnership; and
SCOTT RULON, an individual,

     Defendants.

_____

## COURTROOM MINUTES
_____

HEARING: Motion

**3:27 p.m.**    **Court in session.**

**ORDER:**    Defendant's Motion to Withdraw the Reference to Colorado Bankruptcy Court **(1)** is **granted.**

**ORDER:**    The clerk of the court is directed to close this case and remand it back to bankruptcy court.

**3:39 p.m.**    **Court in recess/hearing concluded.**

Total in-court time: 00:12.